# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO MEDINA-ORTIZ,<br><br>                                Petitioner,<br><br>  v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Officer Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; SIRCE OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; and PAM BONDI, Attorney General, U.S. Department of Justice,<br><br>                                Respondents. | Case No.: 25-cv-02819-DMS-MMP<br><br>**ORDER VACATING HEARING DATE** |

      Pending before the Court is Petitioner Leobardo Medina-Ortiz's Petition for Writ of Habeas Corpus and Request for Order to Show Cause Within Three Days. (ECF No. 1). Respondents filed a response in opposition, (ECF No. 4), and Petitioner filed a traverse,

1  (ECF No. 5). An Order to Show Cause Hearing is set for **Monday, November 3, 2025** at
2  **2:00 PM** in Courtroom 13A. Having reviewed the briefings, the Court finds this matter is
3  suitable for decision without oral argument. S.D. Cal. Civ. R. 7.1(d)(1); *Tijerina v.*
4  *Thornburgh*, 884 F.2d 861, 866 (5th Cir. 1989) (holding that an evidentiary hearing is not
5  necessary when deciding only questions of law). Accordingly, the November 3, 2025
6  hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 30, 2025

Hon. Dana M. Sabraw
United States District Judge