

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leobardo Medina-Ortiz | Civil Action No. 25-cv-2819-DMS-MMP |
| **Plaintiff,** V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Petition. This Court hereby ORDERS Respondents to release Petitioner from custody within 48 hours of this Order's filing, pursuant to the bond order issued by the IJ on July 28, 2025. The parties are ORDERED to file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner's release. Further, in aid of the Court's jurisdiction, the Court ORDERS that Respondents are enjoined from re-detaining Petitioner during the pendency of his removal proceedings without prior leave of this Court. 28 U.S.C. § 1651.

Date:  10/30/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ B. Chandler
　　　　　　　　　　　　　B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25cv2819-DMS-MMP</u>

Respondents:

Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Patrick Divver, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; Christopher LaRose, Senior Warden, Otay Mesa Detention Center; Sirce Owen, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; Pamela Bondi, Attorney General, U.S. Department of Justice